UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD W. PORTER, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID ST. ONGE, et al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 24-40073-MRG |

**ORDER**
June 24, 2024

**GUZMAN, D.J.**

On May 14, 2024, Plaintiff Richard W. Porter, Jr., who is proceeding *pro se*, commenced this action against David St. Onge and Carole St. Onge. Porter is confined at the Worcester Recovery Center and Hospital. The thrust of Porter's claim is that the defendants are unlawfully occupying property located at 355 Deerfield Road in Allenstown, New Hampshire. Porter maintains that he owns the property. Porter alleges that Allenstown police threatened him with arrest after he mailed to the defendants a copy of his deed for the property.

The Court dismisses this case as frivolous. A complaint that lacks a basis in law or in fact is subject to *sua sponte* dismissal as frivolous. *See Clorox Co. P.R. v. Proctor & Gamble*, 228 F.3d 24, 30-31 (1st Cir. 2000) (stating that a court may dismiss frivolous claims without prior notice to the plaintiff); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (stating that a complaint is "frivolous" if it "lacks an arguable basis either in law or in fact," and that the "term 'frivolous,' when applied to a complaint, embraces not only the inarguable legal conclusion, but also the fanciful factual allegation").

On March 6, 2024, the Court dismissed as frivolous a similar case Porter filed against David St. Onge and Carole St. Onge.  *See Porter v. D + C Revocable Family Trust*, C.A. No. 23-40170-MRG (ECF No. 6) (D. Mass.).  As it did with the earlier lawsuit, the Court finds that this action lacks an arguable basis in law or in fact and DISMISSES this action as frivolous.

**So Ordered.**

/s/ Margaret R. Guzman
MARGARET R. GUZMAN
UNITED STATES DISTRICT JUDGE

Dated: June 24, 2024